Stephen R. Jaffe (SBN 49539)
THE JAFFE LAW FIRM
Stephen.r.jaffe@jaffetriallaw.com
101 California Street, Suite 2170
San Francisco, CA 94111
Telephone: (415) 618-0100

Attorneys for Relator
STEVEN FALLON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON and on behalf of the STATE OF CALIFORNIA, ,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BELL TRANSIT CORPORATION; MCET AFFORDABLE TRANSPORTATION; FUNCTIONAL FLOORS; MATTHEW WAYNE; MIRIAM DELGADILLO; LUCI ROGERS; TAMMY WATSON; HAYWARD UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 16-CV-6994-TSH<br><br>STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Magistrate Judge Thomas S. Hixson |

Pursuant to Rules 6-1(b) and 6-2 of the Northern District Civil Local Rules, Relator STEVEN FALLON and Defendants HAYWARD UNIFIED SCHOOL DISTRICT, MATTHEW WAYNE, TAMI WATSON, and BELL TRANSIT CORPORATION (collectively, the "Parties") hereby stipulate as follows:

1. WHEREAS, this case was filed by the Relator on December 6, 2016 (Dkt. No.1). Pursuant to the federal False Claims Act and the California False Claims Act, the case was filed under seal.

2. WHEREAS, on March 16, 2020, the United States and the State of California having declined to intervene, the seal on the case was lifted and the stipulating Defendants were

served with the relator's First Amended Complaint.

3. WHEREAS, on March 16, 2020, the Court issued an Order setting an initial case management conference ("CMC") for June 18, 2020 at 10:00 AM (Dkt. No. 34).

4. WHEREAS, the Parties have recently met and conferred and have agreed to attempt to resolve this case, prior to formal litigation, through good faith settlement discussions and/or mediation.  In order for these efforts to be meaningful and in furtherance of judicial economy and efficiency, the Parties further agree that their time and resources should be focused on preparing for and engaging in settlement discussions and/or mediation, rather than formal litigation at this time.

5. WHEREAS, in addition, the Relator must also formally serve several additional individual defendants and entity defendants, which will likely require investigation and additional time, especially in light of the limitations and difficulties presented by the COVID-19 pandemic and related emergency orders.

6. WHEREAS, in light of the above considerations, the Parties have agreed to continue the current deadlines for responding to the complaint, the initial case management conference, and all other related deadlines, as set forth below.

7. WHEREAS, no party will be prejudiced by the order sought by this stipulation.

8. WHEREAS, there have been no prior time modifications in this case.

9. WHEREAS, the below-described time modifications will not materially alter the schedule for this case since there is no trial date or other events or deadlines on calendar, except that which are reflected below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES, SUBJECT TO THE COURT'S APPROVAL, THAT**:

A. The deadline for the stipulating Defendants to respond to the First Amended Complaint is extended by approximately 45-days to July 24, 2020;

B. The initial CMC is continued from June 18, 2020 to September 17, 2020 at 10:00 AM, or to the first available court date thereafter, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and shall be attended by lead trial counsel;

1   C. The Parties must confer pursuant to Rule 26(f) no later than August 27, 2020, or at least 21 days prior to the new date set for the initial CMC;

D. The Parties must serve their Rule 26(a)(1) initial disclosures in accordance with Rule 26(a)(1)(C);

E. The Parties must submit a joint CMC statement no later than September 10, 2020, or at least 7 days prior to the new date set for the initial CMC, and shall be in the same format set forth in the Order Setting Case Management Conference (Dkt. No. 34);

F. All other related case-management and Rule 26 deadlines not explicitly covered by this Stipulation, if any, shall also be extended and calculated based on the dates set forth herein;

**IT IS SO STIPULATED.**

THE JAFFE LAW FIRM

Dated:  05/04/2020                    By:             /s/
                                          STEPHEN R. JAFFE

*Attorneys for Relator*
*STEVEN FALLON*


JACOBSON MARKHAM LLP

Dated:  05/04/2020                    By:             /s/
                                          RICHARD M. JACOBSON (SBN 114520)
                                          JACOBSON MARKHAM LLP
                                          8950 Cal Center Drive, Suite 210
                                          Sacramento, California 95826
                                          Telephone:  (916) 854-5969
                                          Email:  rmjacobson@jacobsonmarkham.com

*Attorneys for Defendants*
*HAYWARD UNIFIED SCHOOL DISTRICT,*
*MATTHEW WAYNE, and TAMI WATSON*

///
///
///
///

MCNAMARA SMITH LLP

Dated:   05/04/2020                    By:            /s/
SANJAY BHANDARI  (SBN 181920)
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Telephone: (619) 269-0400
Email:   sbhandari@mcnamarallp.com

JOHN T. CU  (SBN 207402)
KAYLEN KADOTANI  (SBN 294114)
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Email: jcu@hansonbridgett.com
         kkadotani@hansonbridgett.com

*Attorneys for Defendant*
*BELL TRANSIT CORPORATION*

\* \* \*

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, the undersigned hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:      05/04/2020                    By:             /s/
STEPHEN R. JAFFE

-4-                        Case No. 16-CV-6994-TSH
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

16514482.1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON and on behalf of the STATE OF CALIFORNIA, ,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BELL TRANSIT CORPORATION; MCET AFFORDABLE TRANSPORTATION; FUNCTIONAL FLOORS; MATTHEW WAYNE; MIRIAM DELGADILLO; LUCI ROGERS; TAMMY WATSON; HAYWARD UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 16-CV-6994-TSH<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Magistrate Judge Thomas S. Hixson |

Pursuant to the stipulation entered by the parties and good cause appearing therefor:

1. The deadline for the stipulating Defendants to respond to the First Amended Complaint is extended by approximately 45-days to July 24, 2020.

2. The initial CMC is continued from June 18, 2020 to _September 17_, 2020 at 10:00 AM, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and shall be attended by lead trial counsel.

3. The Parties must confer pursuant to Rule 26(f) at least 21 days prior to the new date set for the initial CMC.

Case No. 16-CV-6994-TSH
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

16514482.1

4. The Parties must serve their Rule 26(a)(1) initial disclosures in accordance with Rule 26(a)(1)(C).

5. The Parties must submit a joint CMC statement at least 7 days prior to the new date set for the initial CMC, in the same format set forth in the Order Setting Case Management Conference (Dkt. No. 34).

6. All other related case-management and Rule 26 deadlines not explicitly covered by this Order, if any, shall also be extended and calculated based on the dates set forth herein.

IT IS SO ORDERED.

Dated: 5/4/2020        By: _____
                            HONORABLE THOMAS S. HIXSON
                            UNITED STATES MAGISTRATE JUDGE