AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| U.S.A., ex rel. FALLON, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-cv-06994-TSH |
| BELL TRANSIT CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bell Transit Corporation .

Date: 06/01/2020

/s/ John T. Cu
*Attorney's signature*

John T. Cu (SBN 207402)
*Printed name and bar number*

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94015

*Address*

jcu@hansonbridgett.com
*E-mail address*

(415) 777-3200
*Telephone number*

(415) 541-9366
*FAX number*