AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| U.S.A., ex rel. FALLON, et al.<br>*Plaintiff*<br>v.<br>BELL TRANSIT CORPORATION, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   3:16-cv-06994-TSH |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bell Transit Corporation.

Date:   06/01/2020

/s/ Sanjay Bhandari
*Attorney's signature*

Sanjay Bhandari (SBN 181920)
*Printed name and bar number*

McNamara Smith LLP
655 W. Broadway, Suite 1680
San Diego, CA 92101
*Address*

sbhandari@mcnamarallp.com
*E-mail address*

(619) 269-0400
*Telephone number*

(619) 269-0401
*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of June, 2020, the foregoing document, **APPEARANCE OF COUNSEL**, was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

  /s/ Sanjay Bhandari
Sanjay Bhandari
*Attorneys for Defendant Bell Transit Corporation*