Stephen R. Jaffe (SBN 49539)
THE JAFFE LAW FIRM
Stephen.r.jaffe@jaffetriallaw.com
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 618-0100
*Attorneys for Relator*
STEVEN FALLON

Sanjay Bhandari (SBN 181920)
MCNAMARA SMITH LLP
sbhandari@mcnamarallp.com
655 W. Broadway, Suite 1680
San Diego, CA 92101
Telephone: (619) 269-0400
*Attorneys for Defendant*
BELL TRANSIT CORP.

Joseph T, Urbanic (SBN302094)
JACOBSON MARKHAM LLP
jurbanic@jacobsonmarkham.com
890 Cal Center Dr., Suite 210
Sacramento, CA 95826
Telephone: (916) 854-5969
*Attorneys for Defendants*
*HAYWARD UNIFIED SCHOOL DISTRICT,*
*MATTHEW WAYNE, MIRIAM GONZALEZ,*
*LUCI ROGERS, and TAMMY WATSON*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON, and on behalf of the STATE OF CALIFORNIA,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BELL TRANSIT CORPORATION, et al.,<br><br>Defendants. | Case No. 4:16-cv-06994-PJH<br><br>**STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER THEREON** |

Pursuant to Rules 6-1(b) and 6-2 of the Northern District Civil Local Rules, Relator STEVEN FALLON and all active Defendants (BELL TRANSIT CORP., HAYWARD UNIFIED SCHOOL DISTRICT, MATTHEW WAYNE, MIRIAM GONZALEZ (formerly Delgadillo), and

TAMMY WATSON) (collectively, the "Parties") hereby agree to recommend that the Court extend several dates in this case for the reasons set forth below.

1. Relator's counsel believes he needs more time to respond to the two motions to dismiss filed on September 8, 2020, noting that the motions are lengthy, and that he also faces an opposition to a motion for summary judgment in another case, due October 8, 2020. He therefore requests that the briefing schedule be amended to allow his opposition to be filed one week after the briefing on that motion, i.e., October 15, with the reply briefing also extended one week to October 29.

2. Defendants are inclined to agree as a professional courtesy. However, this briefing schedule conflicts with the Court's scheduling order (ECF 51), which set the Case Management Conference (CMC) on October 15, 2020 at 2:00 p.m. The Parties agree that it would be best to continue the CMC and related dates until after the pleadings are settled.

3. The Parties agree that these time modifications will not materially alter the schedule for this case since there is no trial date or other events or deadlines on calendar.

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES, SUBJECT TO THE COURT'S APPROVAL, THAT**:

1. Relator shall respond to Defendants' motions to dismiss by October 15, 2020.

2. Defendants shall file reply briefs by October 29, 2020.

3. The CMC will occur on December 17, 2020 at 2:00 PM (or such date thereafter as the Court selects). The Parties will confer pursuant to Rule 26(f) at least 21 days prior, submit a joint CMC statement at least 7 days prior, and serve Rule 26(a)(1) initial disclosures in accordance with Rule 26(a)(1)(C).

///
///
///
///
///
///

4. All other related case-management and Rule 26 deadlines not explicitly covered by this Stipulation, if any, shall also be extended and calculated based on the dates set forth herein.

**IT IS SO STIPULATED.**

Dated:  September 10, 2020                    THE JAFFE LAW FIRM

                                              By:    /s/ Stephen R. Jaffe
                                                  Stephen R. Jaffe
                                                  *Attorneys for Relator Steven Fallon*

Dated:  September 10, 2020                    JACOBSON MARKHAM LLP

                                              By:    /s/ Joseph Urbanic
                                                  Joseph Urbanic
                                                  *Attorneys for Defendants Hayward Unified*
                                                  *School District, Matthew Wayne, Miriam*
                                                  *Gonzalez, Luci Rogers, and Tammy Watson*

Dated:  September 10, 2020                    MCNAMARA SMITH LLP

                                              By:    /s/ Sanjay Bhandari
                                                  Sanjay Bhandari
                                                  *Attorneys for Defendant Bell Transit Corp.*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, the undersigned hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  September 10, 2020                    By:    /s/ Sanjay Bhandari
                                                  Sanjay Bhandari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON and on behalf of the STATE OF CALIFORNIA, ,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BELL TRANSIT CORPORATION; et al.,<br><br>Defendants. | Case No. 4:16-cv-06994-PJH<br><br>[~~PROPOSED~~] ORDER EXTENDING DATES |

Pursuant to the stipulation entered by the parties and good cause appearing therefor:

1. Relator shall respond to Defendants' motions to dismiss on or before October 15, 2020.

2. Defendants shall file reply briefs on or before October 29, 2020. The Court will notify the Parties if the Court wishes to hear oral argument.

3. The Case Management Conference (CMC) will occur on December 17, 2020 at 2:00 PM. The Parties will confer pursuant to Rule 26(f) at least 21 days prior to the CMC, submit a joint CMC statement in the format previously ordered at least 7 days prior to the CMC, and serve Rule 26(a)(1) initial disclosures in accordance with Rule 26(a)(1)(C).

4. All other related case management deadlines not explicitly covered by this Order, if any, shall also be extended and calculated based on the dates set forth herein.

**IT IS SO ORDERED.**

Dated: September 14, 2020      /s/ Phyllis J. Hamilton
                                                                 HON. PHYLLIS J. HAMILTON
                                                                 UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2020, the foregoing document, **STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER THEREON**, was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

  /s/ Sanjay Bhandari
Sanjay Bhandari
*Attorneys for Defendant Bell Transit Corporation*