UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON, et al.,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BELL TRANSIT CORP., et al.,<br><br>Defendants. | Case No. 16-cv-06994-PJH<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT AND DISMISSING UNSERVED DEFENDANTS**<br><br>Re: Dkt. 110 |

On March 15, 2021, the court entered an order dismissing plaintiff-relator Fallon's second amended complaint, with partial leave to amend. See Dkt. 109. The court gave Fallon 21 days to file an amended complaint in accordance with the court's order.

In the March 15 order, the court also noted that two defendants (MCET Affordable Transportation and Functional Floors) appeared not to have been served. Accordingly, the court entered an order to show cause as to why MCET and Functional Floors should not be dismissed for failure to serve under Federal Rule of Civil Procedure 4(m). Dkt. 110 at 19. The court gave Fallon seven days, or until March 22, 2021, to file a written response to the OSC or a dismissal of those two defendants.

Fallon did not respond, in any way, to the order to show cause. Thus, MCET and Functional Floors are DISMISSED from this action for failure to serve.

On March 29, 2021, Fallon filed an administrative motion for an extension of time to file the third amended complaint. See Dkt. 110. Fallon argues that he "has engaged in multiple conversations and contacts with counsel for both defendants" regarding

settlement, and has "sought information which he believes is necessary to frame a reasonable, good faith settlement demand on Bell Transit." Id. at 2.  However, Fallon argues that "Bell Transit offered only a single redacted document," and thus, Fallon is now seeking the same information via a Public Records Act request from a "large public agency." Id.  Fallon states that he requests "an additional 15 days" to file the third amended complaint; but his proposed order actually seeks an extension of 24 days (or 18 business days), from April 5 to April 29.  See id. at 2, 3.

Simply put, Fallon's motion is too vague to provide support for his argument that an extension is warranted.  Fallon does not provide any specific facts about his claimed Public Records Act request – he does not state what information he is seeking, or from which agency he is seeking it, and he provides no details about when the request was filed or when a response is anticipated.  For those reasons, Fallon's administrative motion (Dkt. 110) is DENIED.  Fallon must file an amended complaint, in accordance with the court's previous order, by tomorrow, April 6, 2021.  However, Fallon is not precluded from seeking further leave to amend the complaint under Rule 15(a)(2) if his Public Records Act request does ultimately yield new information that supports his allegations against Bell Transit.

**IT IS SO ORDERED.**

Dated:  April 5, 2021

                                                                   /s/ *Phyllis J. Hamilton*
                                                           PHYLLIS J. HAMILTON
                                                           United States District Judge