UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON, et al.,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BELL TRANSIT CORP., et al.,<br><br>Defendants. | Case No. 16-cv-6994-PJH<br><br>**ORDER RE ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 117 |

      The court is in receipt of plaintiff-relator Steven Fallon's administrative motion for an extension of time to file his opposition to defendants' pending motions to dismiss. See Dkt. 117. The administrative motion purports to seek an extension from May 13, 2021 to May 27, 2021.

      As an initial matter, Fallon misstates the original due date for his opposition briefs, which was actually May 4, 2021. The court also notes that Fallon's motion does not make a specific showing of good cause, instead relying on the boilerplate language that he "requires additional time to prepare and file his opposition memoranda . . . [d]ue to both the volume and complexity of the issues raised." Dkt. 117 at 2.

      However, because defendants have not opposed the requested extension, Fallon's administrative motion for an extension of time to file his opposition to defendants' motions to dismiss is GRANTED. Fallon's opposition briefs shall be filed no later than **May 27, 2021**, and defendants' reply briefs shall be filed no later than **June 3, 2021**.

      The current hearing scheduled for May 27, 2021 is VACATED. The court will

notify the parties if it intends to set a new hearing date.

**IT IS SO ORDERED.**

Dated:  May 10, 2021

                                                  /s/ *Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge