UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW WAYNE, et al., <br><br> Defendants. | Case No. 16-cv-06994-PJH <br><br> **ORDER RE ADMINISTRATIVE MOTION** <br><br> Re: Dkt. No. 145 |

Before the court is plaintiff's administrative motion seeking an extension of time for the briefing and hearing on defendant's motion for partial summary judgment. See Dkt. 145. Defendants have filed a response to the administrative motion, and state that they do "not necessarily oppose a short enlargement of time." Dkt. 148 at 1.

Because plaintiff's proposed schedule would result in less than 120 days between the summary judgment hearing and the start of trial, in violation of this court's standing order on civil cases, the court disapproves of plaintiff's proposed deadlines. Accordingly, while the court GRANTS in part plaintiff's motion, it will not adopt plaintiff's proposed schedule. Instead, the schedule shall be as follows:

Plaintiff's MSJ opposition due:   **October 20, 2022**

Defendants' MSJ reply due:   **October 27, 2022**

MSJ hearing date:   **November 10, 2022**

The current dates for the pretrial conference and for trial remain in place.

**IT IS SO ORDERED.**

Dated: September 2, 2022

                                      /s/ Phyllis J. Hamilton
                                      PHYLLIS J. HAMILTON
                                      United States District Judge