UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. STEVEN FALLON, et al.,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>MATTHEW WAYNE, et al.,<br><br>Defendants. | Case No. 16-cv-06994-PJH<br><br>**ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT AND ADMINISTRATIVE MOTION RE MOTION TO COMPEL**<br><br>Re: Dkt. No. 145, 152, 153 |

  Before the court is defendants' motion for partial summary judgment.  See Dkt. 145.  The motion came on for hearing on November 10, 2022.  Plaintiffs-relators appeared through their counsel, Stephen Jaffe.  Defendants appeared through their counsel, Richard Jacobson.  At the hearing, plaintiffs' counsel confirmed that plaintiffs do not oppose the motion, which seeks summary judgment as to only the first and second causes of action under the federal False Claims Act.  See Dkt. 150.  Accordingly, based on the parties' papers and on counsel's representations at the hearing, defendants' motion for partial summary judgment (Dkt. 145) is GRANTED.

  At the hearing, the court also addressed plaintiffs' administrative motion seeking leave to file a motion to compel.  See Dkt. 152, 153.  As stated at the hearing, plaintiffs' request is untimely, and the administrative motion is DENIED.

  **IT IS SO ORDERED.**

Dated:  November 14, 2022

              /s/ *Phyllis J. Hamilton*
              PHYLLIS J. HAMILTON
              United States District Judge