UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW WAYNE, et al.,<br><br>Defendants. | Case No. 16-cv-06994-PJH<br><br>**ORDER**<br><br>Re: Dkt. No. 166 |

Before the court is Relator's January 4, 2023 motion for order overruling objections to trial subpoena and to compel production of documents. Third party subpoena recipient and defendants filed an opposition on January 18, 2023. The court would prefer to hear this motion before its noticed date of February 9, 2023, and presumes plaintiff would agree given that the motion was initially incorrectly noticed for hearing on today's date, January 19, 2023. Accordingly, the court directs Relator to file its reply brief by January 24, 2023. The motion will be heard via Zoom on January 26, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 19, 2023

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge