UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>Plaintiffs,<br>v.<br>MATTHEW WAYNE, et al.,<br>Defendants. | Case No. 16-cv-06994-PJH<br><br>**ORDER RE TRIAL DATE** |

On February 3, 2023, the parties filed a notice of tentative settlement and requested that the court vacate or continue the pretrial and trial dates (February 9 and March 6 respectively). At that time, defendants had filed all their pretrial papers except for jury instructions and a verdict form; relator had filed only a pretrial statement. On February 22, 2023, relator's counsel emailed the court, copying defense counsel, advising that the settlement had fallen through. The court held a status conference on February 23, 2023 and advised the parties that if the settlement had indeed failed, the two trial dates available were the original date of March 6, 2023 or March 27, 2023. The parties were ordered to meet and confer and elect which trial date was preferable and notify the court on Monday February 27, 2023, by noon because the Jury Office needs at least one week's notice to summon a jury panel. The parties have chosen not to comply with this order.

Accordingly, as it is too late to summon a jury for a March 6 trial, the court sets the trial in this matter for March 27, 2023, at 8:30 a.m. The final pretrial conference will be held on March 16, 2023 at 2:00 p.m. Proposed jury instructions, verdict forms, and voir

1  dire questions must be filed by March 9, 2023.  Sanctions will be imposed for any party
2  failing to comply with this order.
3  **IT IS SO ORDERED.**
4  Dated:  February 28, 2023

          /s/ *Phyllis J. Hamilton*
          PHYLLIS J. HAMILTON
          United States District Judge