UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

MATTHEW WAYNE, et al.,

Defendants.

Case No. 16-cv-06994-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 196

The relator and defendants, by their counsel, have advised the court that the parties have reached a settlement of this qui tam case, subject to approval by the federal and state governments.  See Dkt. 196.  IT IS HEREBY ORDERED that the pretrial and trial dates are vacated and the claims between relator and defendants are dismissed without prejudice to reinstatement should the federal and state governments not approve the settlement within 90 days.  A dismissal with prejudice of all claims as to all parties shall be filed when consent of the federal and state governments is obtained within this 90 day period.  The parties shall promptly notify the court if they are unable to obtain government approval within the 90 day period.

**IT IS SO ORDERED.**

Dated:  February 28, 2023

_____/s/ Phyllis J. Hamilton_____
PHYLLIS J. HAMILTON
United States District Judge