Stephen R. Jaffe (SBN 49539)
THE JAFFE LAW FIRM
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 618-0100
stephen.r.jaffe@jaffetriallaw.com

Attorneys for Relator STEVEN FALLON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STEVEN FALLON and on behalf of the STATE OF CALIFORNIA, ,<br><br>Relator,<br><br>v.<br><br>MATTHEW WAYNE; MIRIAM DELGADILLO; TAMMY WATSON,<br><br>Defendants. | Case No. 16-CV-6994-PJH<br><br>**NOTICE OF DISMISSAL** [PRCP 41(a)(2)];<br><br>and<br><br>[PROPOSED] **ORDER OF DISMISSAL** |

Pursuant to FRCP 41(a)(2), **NOTICE IS GIVEN**:

1. The parties have settled this action and have executed a written settlement agreement evidencing such settlement ("agreement");

2. Pursuant to the terms and condition of of the agreement, the above-entitled action, and all causes of action there, are dismissed;

3. With respect to claims made by the relator on behalf of the United States and the State of California under the federal False Claims Act and the California False Claims Act in this action, dismissal of any and all such claims is expressly made *without prejudice* to any of the rights or remedies of the United States and/or the State of California.

NOTICE AND ORDER OF DISMISSAL                                        Case No. 16-CV-6994-PJH

4.  The United States and California consent to dismissal provided that dismissal is without prejudice to the United States and the State of California, and will file their written consent with the Court.

Dated: April 5, 2023                                    THE JAFFE LAW FIRM

                                                        By:_____/S/_____
                                                               Stephen R. Jaffe
                                                               Attorneys for Relator

Dated: April 5, 2023                                    JACOBSON MARKHAM LLP

                                                        By:_____/S/_____
                                                               Richard M. Jacobson
                                                               Attorneys for Defendants

## ORDER OF DISMISSAL

Pursuant to the foregoing Notice of the parties and FRCP 41(a)(2):

1.  The above-entitled action, and all causes of action there, are dismissed;

2.  With respect to claims made by the relator on behalf of the United States and the State of California under the federal False Claims Act and the California False Claims Act in this action, dismissal of any and all such claims is expressly *without prejudice* to any of the rights or remedies of the United States and/or the State of California.

Dated: April 6, 2023

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

NOTICE AND ORDER OF DISMISSAL         -2-              Case No. 16-CV-6994-PJH

16514482.1